Joseph J. Haspel, Esq.
Attorney for Defendants, Marta Hallett
 And Glitterati Incorporated
1 West Main Street
Goshen, New York  10924
Tel. (845) 694-4409

-------------------------------X

LISA S. JOHNSON,

        Plaintiff,

- against –

MARTA HALLETT,
GLITTERATI INCORPORATED,
ELEGANCE PRINTING & BOOK BINDING
CO., (USA) LTD.

        Defendants

-------------------------------X

Index No. 14 CV-01922 (DAB)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Joseph J. Haspel, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Marta Hallett's and Glitterati Incorporated's Motion to Dismiss, and all prior pleadings and proceedings heretofore had herein, Defendants Marta Hallett and Glitterati Incorporated will move this Court before the Honorable Deborah A. Batts, U.S.D.J., Courtroom 24B, at the Federal Building and United States Courthouse, located at 500 Pearl Street, New York, NY 10007, on a date and time designated by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), dismissing the claims of Lisa A. Johnson ("Plaintiff") as against Marta Hallett and Glitterati Incorporated alleging conversion and breach of contract, and granting such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil Procedure.

                                                            _____
                                                            Joseph J. Haspel, Esq.
                                                            Neil I. Jacobs, Esq.
                                                            Attorneys for Defendants
                                                             Hallett & Glitterati
                                                            1 West Main Street
                                                            Goshen, New York 10924
                                                            845-694-4409

Joseph J. Haspel, Esq.
Attorney for Defendants, Marta Hallett
 And Glitterati Incorporated
1 West Main Street
Goshen, New York 10924
Tel. (845) 694-4409

-------------------------------X

| | |
|---|---|
| LISA S. JOHNSON, | Index No. 14 CV-01922 (DAB) |
| Plaintiff, | **NOTICE OF MOTION** |
| - against – | |
| MARTA HALLETT, GLITTERATI INCORPORATED, ELEGANCE PRINTING & BOOK BINDING CO., (USA) LTD. | |
| Defendants | |

-------------------------------X

Joseph J. Haspel hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel to defendants Marta Hallett ("Hallett") and Glitterati Incorporated ("Glitterati"). I submit this Declaration in support of Hallett's and Glitterati's motion, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), to dismiss the complaint of Lisa S. Johnson ("Plaintiff") in this action.

2. A true and correct copy of the Complaint filed in this action is annexed hereto as Exhibit A.

3. A true and correct copy of the Contract referenced in the Complaint between Plaintiff and Glitterati is annexed hereto as Exhibit B.

WHEREFORE, Upon the exhibits annexed hereto and for the reasons set forth in the accompanying Memorandum of Law in of the Motion to Dismiss, Hallett and Glitterati respectfully request that the Court issue an Order, pursuant to Federal Rules of Civil Procedure

12(b)(1) and (6) dismissing Plaintiff's complaint as to the moving defendants.

                                                                             /s/

Joseph J. Haspel, Esq.
Neil I. Jacobs, Esq.
Attorneys for Defendants
Hallett & Glitterati
1 West Main Street
Goshen, New York 10924
845-694-4409